**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-7768**

TRAVIS AARON BALL,

Plaintiff - Appellant,

v.

CAPTAIN JONATHAN ENGLISH, Captain at the Regional Jail; TED HULL, Superintendent at the Regional Jail; NORTHERN NECK REGIONAL JAIL, Facility,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:20-cv-00027-HEH-EWH)

Submitted:  July 26, 2022                                            Decided:  July 28, 2022

Before MOTZ, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Travis Aaron Ball, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Travis Aaron Ball appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Ball v. English*, No. 3:20-cv-00027-HEH-EWH (E.D. Va., Dec. 3, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*